

Eric Sigda
Tel (212) 801-9386
sigdae@gtlaw.com

February 6, 2018

Via ECF
The Honorable Vernon S. Broderick
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *Girotto v. 126 Halstead Ave Restaurant Corp., d/b/a Gus's Franklin Park Restaurant*, Docket No. 1:17-cv-02530-VSB

Dear Judge Broderick:

    We represent the Defendant in the above-entitled action. We write on behalf of all parties to inform the Court that the parties have reached a settlement resolving this matter. The parties request that they be given thirty days to finalize the settlement documents.

    Respectfully,

    Eric B. Sigda

Cc: Bradley Weitz, Esq.