# THE WEITZ LAW FIRM, P.A.

Bank of America Building<br>
18305 Biscayne Blvd., Suite 214<br>
Aventura, Florida 33160

April 9, 2018

**VIA CM/ECF**
Honorable Judge Vernon S. Broderick
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 11D
New York, NY 10007

**Re:**   Girotto v. 126 Halstead Ave. Restaurant Corp., d/b/a Gus's Franklin Park Restaurant
         Case No. 1:17-cv-02530-VSB

Dear Judge Broderick:

The undersigned represents the Plaintiff in the above-captioned case matter.

On February 7, 2016, an Order of Discontinuance was signed by your Honor [D.E. 26] providing Plaintiff's counsel thirty (30) days within which to reopen this matter, should the settlement not be consummated. A subsequent Order [D.E. 28], was signed on March 12, 2018, extending 30 days until April 9, 2018 within which to reopen.

As of this date, the settlement funds are still pending. Therefore, the undersigned respectfully requests that the Court grant a thirty (30) day extension, until May 9, 2018 to reopen this matter.

The Court is advised that this is the Plaintiff's second request to extend the deadline to reopen in this matter. Thank you for your attention to this matter.

Sincerely,

By: /S/   B. Bradley Weitz
    B. Bradley Weitz, Esq. (BW9365)
    THE WEITZ LAW FIRM, P.A.
    Attorney for Plaintiff
    Bank of America Building
    18305 Biscayne Blvd., Suite 214
    Aventura, Florida 33160
    Telephone: (305) 949-7777
    Facsimile:  (305) 704-3877
    Email: bbw@weitzfirm.com